**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Holdings of South Florida Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA Automac & Automatc 2 |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-0298113 |
| 4. | **Debtor's address** | **Principal place of business**<br><br>552 Cassat Avenue<br>Jacksonville, FL 32254<br>Number, Street, City, State & ZIP Code<br><br>Duval<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box 6974<br>Jacksonville, FL 32236<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | _____ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Holdings of South Florida Inc.                    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ☒ Yes.

District  Middle District of Florida   When 4/2/19   Case number  3:19-bk-01219-JAF
District  _____     When _____  Case number  _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor  _____          Relationship  _____
District _____  When _____  Case number, if known _____

Debtor   Holdings of South Florida Inc.                              Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☒ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  Holdings of South Florida Inc.  Case number (*if known*) _____
      Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 2, 2024
                  MM / DD / YYYY

**X**   /s/   John Romberg                    John Romberg
    Signature of authorized representative of debtor       Printed name

Title    Owner

**18. Signature of attorney**

**X**   /s/ Thomas Adam            Date   January 2, 2024
    Signature of attorney for debtor                MM / DD / YYYY

Thomas Adam
Printed name

Thomas Adam
Firm name

2258 Riverside Ave
Jacksonville, FL 32204
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   tadam@adamlawgroup.com

FL
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Holdings of South Florida Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Auto Parts 5008 Airport Rd. NW Roanoke, VA 24012 | | | | | | $2,817.00 |
| American Express P.O. Box 981535 El Paso, TX 79998 | | | | | | $6,026.00 |
| Bill.com 6220 America Center Drive Alviso, CA 95002 | | | | | | $35,000.00 |
| Florida Department of Revenue 5050 West Tennessee Street Tallahassee, FL 32399 | | | | | | $7,000.00 |
| Internal Revenue Service P.O. Box 1214 Charlotte, NC 28201 | | | | | | $85,000.00 |
| James & Harris CPA 857 S. Edgewood Ave Jacksonville, FL 32205 | | | | | | $8,025.00 |
| Kinetic Automotive 10333 N. Mechanic Street Ste. 400 Indianapolis, IN 46290 | | | | | | $9,561.00 |
| Mynt Advance 633 167th Street Ste. 804 Miami, FL 33162 | | | | | | $55,000.00 |

Debtor    Holdings of South Florida Inc.                                    Case number (if known)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Open Lane<br>1100 Main Street Ste. 1500<br>Kansas City, MO 64105 | | | | | | $32,386.00 |
| O-Reiilly Auto Parts<br>P.O. Box 9464<br>Springfield, MO 65801 | | | | | | $5,081.00 |
| Quick Funding Group<br>157th Church Street Ate. 1971<br>New Haven, CT 06510 | | | | | | $780.00 |
| Rowan Advance LLC<br>69 Marshall Drive<br>Edison, NJ 08817 | | | | | | $69,000.00 |
| SBA Inc.<br>2060 Mt. Paran Rd. NW #101<br>Atlanta, GA 30327 | | | | | | $70,000.00 |
| Spartan Captial<br>371 E. Main Street Ste. 2<br>Middletown, NY 10940 | | | | | | $43,000.00 |
| Truist Bank<br>P.O. Box 698<br>Wilson, NC 27894 | | | | | | $20,000.00 |
| U.S Auto Credit<br>8120 Nations Way Ste. 208<br>Jacksonville, FL 32256 | | | | | | $75,387.00 |
| U.S Small Business Administrative<br>409 3rd Street SW<br>Washington, DC 20416 | | | | | | $507,912.00 |
| Wells Fargo<br>P.O. Box 51193<br>Los Angeles, CA 90051 | | | | | | $9,700.00 |
| Wynwood Capital Group LLC<br>P.O. Box 70321<br>Philadelphia, PA 19176 | | | | | | $20,000.00 |

P.O. Box 6974
Jacksonville, FL 32236


Thomas  Adam
2258 Riverside Ave
Jacksonville, FL 32204


Advance Auto Parts
5008 Airport Rd. NW
Roanoke, VA 24012


American Express
P.O. Box 981535
El Paso, TX 79998


Backlot Cars Inc.
1100 Main Street Ste. 1500
Kansas City, MO 64105


Bill.com
6220 America Center Drive
Alviso, CA 95002


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Internal Revenue Service
P.O. Box 1214
Charlotte, NC 28201


James & Harris CPA
857 S. Edgewood Ave
Jacksonville, FL 32205


Kinetic Automotive
10333 N. Mechanic Street Ste. 400
Indianapolis, IN 46290


Marcus by Goldman Sachs
P.O. Box 70321
Philadelphia, PA 19176


Mid Atlantic Finance
4592 Ulmerton Rd. Ste. 200
33962


Mynt Advance
633 167th Street Ste. 804
Miami, FL 33162


Open Lane
1100 Main Street Ste. 1500
Kansas City, MO 64105

O-Reiilly Auto Parts
P.O. Box 9464
Springfield, MO 65801


Quick Funding Group
157th Church Street Ate. 1971
New Haven, CT 06510


Rowan Advance LLC
69 Marshall Drive
Edison, NJ 08817


SBA Inc.
2060 Mt. Paran Rd. NW #101
Atlanta, GA 30327


Sheree Jones
7945 Winterwood Circle North
Jacksonville, FL 32210


Spartan Captial
371 E. Main Street Ste. 2
Middletown, NY 10940


Truist Bank
P.O. Box 698
Wilson, NC 27894


U.S Auto Credit
8120 Nations Way Ste. 208
Jacksonville, FL 32256


U.S Small Business Administrative
409 3rd Street SW
Washington, DC 20416


Wells Fargo
P.O. Box 51193
Los Angeles, CA 90051


Wynwood Capital Group LLC
P.O. Box 70321
Philadelphia, PA 19176